BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
SHIP CONCEPTS LTD.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHIP CONCEPTS LTD.,

          Plaintiff,

-against-

KLOUBERG SHIPPING LINE S.A.,

          Defendant.
-----------------------------------------------------------------X

07 Civ. 10581 (WHP)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, SHIP CONCEPTS LTD. certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
       November 15, 2007

                                  BROWN GAVALAS & FROMM LLP
                                  Attorneys for Plaintiff
                                  SHIP CONCEPTS LTD.,

                   By: _____
                                  Peter Skoufalos (PS-0105)
                                  355 Lexington Avenue
                                  New York, New York 10017
                                  212-983-8500