# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

February 6, 2008

**BY HAND**

The Honorable William H. Pauley
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Ship Concepts Ltd. v. Klouberg Shipping Line
      07 CV 10581 (WHP)
      Our File No.: 1552.0004

Dear Judge:

We represent plaintiff Ship Concepts Ltd. in this matter. We write to request a postponement of the initial pre-trial conference scheduled for February 29, 2008.

As the Court may recall, the Court signed an Order on November 28, 2007, authorizing issuance of Supplemental Rule B process of maritime attachment and garnishment ("PMAG") in this maritime action. Pursuant to that Order, we have served daily supplemental PMAGs on various New York bank garnishees. Unfortunately, we have not, as yet, attached any of defendant's property, and thus have not yet served or notified defendant of this action. We therefore respectfully request a postponement of the pre-trial conference so that we can continue to serve PMAGs for an additional period of 30 days, after which we will seek further instructions from the client regarding this matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

BROWN GAVALAS & FROMM LLP

Peter Skoufalos

---

*Handwritten annotation:*

Application granted. The conference is adjourned until April 4, 2008 at 11:45 a.m.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
2/11/2008