PAULEY, J

BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
SHIP CONCEPTS LTD.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHIP CONCEPTS LTD.,

             Plaintiff,

-against-

KLOUBERG SHIPPING LINE S.A.,

             Defendant.
------------------------------------------------------------X

FILED: 5/2/2008

07 CV 10581 (WHP)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

     PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff, SHIP CONCEPTS LTD., hereby dismisses this action without prejudice and without costs.

Dated: New York, New York
       April 28, 2008

                                  BROWN GAVALAS & FROMM LLP
                                  Attorneys for Plaintiff
                                  SHIP CONCEPTS LTD.

                                  Peter Skoufalos (PS-0105)
                                  355 Lexington Avenue
                                  New York, NY 10017
                                  (212) 983-8500

SO ORDERED

William H. Pauley III
5/1/2008